IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM SLAUGHTER, KATHLEEN MCKEE, AND ALL OTHERS SIMILARLY SITUATED,<br>    *Plaintiffs*,<br>        v.<br>CAIDAN MANAGEMENT COMPANY, LLC,<br>    *Defendant*. | Civil Action No. 1:17-CV-5846 |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

Plaintiffs Kim Slaughter and Kathleen McKee respectfully request that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Joint Stipulation of Settlement ("Settlement Agreement" or "Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for two years and attending mediation with an experienced wage-and-hour mediator. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Plaintiffs respectfully request that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiffs also ask, consistent with the Agreement, that the Court appoint Analytics Consulting LLC as the third-party Administrator and approve the following payments: (i) Service Awards to

Named Plaintiffs Slaughter and McKee in the amount of $7,500.00 (each); (ii) Attorneys' Fees equal to 35% of the Settlement; (iii) Plaintiffs' Litigation Expenses in an amount not to exceed $8,911.57; and (iv) settlement administration fees to the Administrator in an amount not to exceed $7,583.00

 For these reasons and those stated in the accompanying Memorandum, the Court should approve the Parties' Settlement Agreement.

Dated: May 24, 2019

                Respectfully submitted,

                <u>/s/Douglas M. Werman</u>
                One of the Attorneys for Plaintiffs

DOUGLAS M. WERMAN
WERMAN SALAS P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

JACK SIEGEL
SIEGEL LAW GROUP PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
(214) 749-1400

J. DEREK BRAZIEL
TRAVIS GASPER
LEE & BRAZIEL, L.L.P.
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
(214) 749-1400