**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Kim Slaughter, et al.

                                     Plaintiff,

v.                                                    Case No.: 1:17−cv−05846
                                                           Honorable Charles R. Norgle Sr.

Caidan Management Company, LLC, et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 30, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for leave to file excess pages [117] is granted. Motion for approval of settlement [119] is granted. The parties are not required to appear before the court on Friday, May 31, 2019. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.