IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM SLAUGHTER, KATHLEEN MCKEE, AND ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiffs*,<br>          v.<br><br>CAIDAN MANAGEMENT COMPANY, LLC,<br><br>    *Defendant*. | Civil Action No. 1:17-CV-5846 |

**[ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Approval of Settlement Under the Fair Labor Standards Act ("Motion"). Having considered Plaintiffs' Motion and supporting Memorandum and exhibits, including the Parties' Joint Stipulation of Settlement, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The settlement in this Fair Labor Standards Act action is fair, reasonable, and just. The settlement is approved, and the terms of the Parties' Joint Stipulation of Settlement are incorporated herein.

2. Plaintiffs' proposed Settlement Notice and plan for its distribution is approved.

3. Analytics Consulting LLC is appointed as the Settlement Administrator.

4. The Service Payments to Named Plaintiffs are approved.

5. Plaintiffs' Counsel's request for attorneys' fees and litigation expenses is granted.

6. The action is dismissed without prejudice, which will become a dismissal with prejudice thirty (30) days after the Check Cashing Deadline, as defined in the Joint Stipulation of Settlement.

7. The Court retains jurisdiction to enforce the settlement.

DATED: 5/30/2019

THE HONORABLE CHARLES NORGLE
United States District Judge